# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| THOMAS F. BALL III<br>CHIEF CIRCUIT MEDIATOR<br>PALMYRA, VIRGINIA | FRANK C. LANEY<br>CIRCUIT MEDIATOR<br>409 ACCOLADE DRIVE<br>CARY, NC 27513<br>(919) 469-2853<br>FAX (919) 469-5278<br>Frank_Laney@ca4.uscourts.gov | DONNA S. HART<br>SENIOR RESIDENT CIRCUIT MEDIATOR<br>DURHAM, NORTH CAROLINA<br><br>EDWARD G. SMITH<br>CIRCUIT MEDIATOR<br>DUNCAN, SOUTH CAROLINA |
|---|---|---|

March 25, 2015

Re: 15-1227, Unitrin Auto and Home Ins Co v. Bonnie Siarris

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

A conflict has arisen for Wednesday, April 15, 2015 at 9:30am and we are having to reschedule. This letter will confirm that the mediation conference has been moved to Friday, April 17, 2015 at 9:30am EASTERN time.

Thank you for your assistance in this matter.

Sincerely,

Frank C. Laney
Circuit Mediator

Copies:   Jeffrey Brandt Kuykendal
          Theodore Blackburn Smyth